## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE RENOVACARE, INC. SECURITIES LITIGATION** | **Case No. 21–cv–13766–BRM–ESK** |
| **MELVIN EMBERLAND,**<br><br>Plaintiff,<br><br>v.<br><br>**HARMEL S. RAYAT,** *et al.*,<br><br>Defendants. | **Case No. 21–cv–20569–BRM–ESK** |
| **ZOSER VARGAS,**<br><br>Plaintiff,<br><br>v.<br><br>**HARMEL S. RAYAT,** *et al.*,<br><br>Defendants. | **Case No. 22–cv–00053–BRM–ESK** |
| **AVIVA MEYER,**<br><br>Plaintiff,<br><br>v.<br><br>**HARMEL S. RAYAT ,** *et al.*,<br><br>Defendants. | **Case No. 22–cv–00430–BRM–ESK**<br><br>**ORDER TO CONSOLIDATE** |

**THIS MATTER** having come before the Court upon the filing of: *Emberland v. Rayat*, Case No. 21-20569; *Vargas v. Rayat*, Case No. 22-00053; and *Meyer v. Rayat*, Case No. 22-00430 (Three Cases); and it appearing that the Three Cases should be joined with the consolidated action *In re RenovaCare, Inc. Securities Litigation*, Case No. 21-13766 (Master File); and for good cause appearing,

**IT IS** on this   **14th** day of **February 2022**   **ORDERED** that:

1.     The Three Cases are hereby joined with the Master File.   Counsel representing plaintiffs in the Three Cases are directed to review the Court's order entered on November 23, 2021 on the docket for the Master File at ECF No. 34.

2.     The Clerk is directed to terminate the Three Cases, and the parties will refrain from filing any further papers thereunder.

    _/s/ Edward S. Kiel_____
**EDWARD S. KIEL**
**UNITED STATES MAGISTRATE JUDGE**

2