**SCHNADER HARRISON SEGAL &**
**LEWIS LLP**
Lisa J. Rodriguez
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002-1165
Telephone: (856) 482-5222
Facsimile: (856) 482-6980
ljrodriguez@schnader.com

*Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *IN RE RENOVACARE, INC.*<br>*SECURITIES LITIGATION* | Master File No. 2:21-cv-13766-BRM-ESK<br><br>**NOTICE OF MOTION FOR RECONSIDERATION FROM ORDER TO CONSOLIDATE DATED FEBRUARY 14, 2022** |

PLEASE TAKE NOTICE that on Monday, March 21, 2022, the Derivative Plaintiffs shall move before this Court seeking reconsideration of the Court's February 14, 2022 Order to Consolidate ordering consolidation of the following shareholder derivative actions: *Emberland v. Rayat, et al.*, Case No. 2:21-CV-20569; *Vargas v. Rayat, et al.*, Case No. 2:22-CV-00053; and *Meyer v. Rayat, et al.*, Case No. 2:22-CV-00430, with the related securities class action captioned *In re RenovaCare, Inc. Sec. Litig.*, Case No. 21-13766.

The Derivative Plaintiffs shall rely on the accompanying Memorandum of Law.

DATED:  February 24, 2022

**SCHNADER HARRISON SEGAL & LEWIS LLP**

*/s/ Lisa J. Rodriguez*

Lisa J. Rodriguez
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002-1165
Telephone: (856) 482-5222
Facsimile: (856) 482-6980
ljrodriguez@schnader.com

**JOHNSON FISTEL, LLP**
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com

1

**JOHNSON FISTEL, LLP**
Frank J. Johnson
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
FrankJ@johnsonfistel.com

*Counsel for Plaintiff Zoser Vargas*

**GLANCY PRONGAY & MURRAY LLP**
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, NY 10019
Telephone: (212) 935-7400
Facsimile: (212) 756-3630
Email:
bsachsmichaels@glancylaw.com

*Counsel for Plaintiff Melvin Emberland*

**SCHUBERT JONCKHEER & KOLBE LLP**
Willem F. Jonckheer
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Email: wjonckheer@sjk.law

**LOWEY DANNENBERG, P.C.**
Anthony Michael Christina
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
Email: achristina@lowey.com

*Counsel for Plaintiff Aviva Meyer*

2