**SCHNADER HARRISON SEGAL &**
**LEWIS LLP**
Lisa J. Rodriguez
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002-1165
Telephone: (856) 482-5222
Facsimile: (856) 482-6980
ljrodriguez@schnader.com

*Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| *IN RE RENOVACARE, INC.*<br>*SECURITIES LITIGATION* | Master File No. 2:21-cv-13766-<br>BRM-ESK |

## [PROPOSED] ORDER DECONSOLIDATING SHAREHOLDER DERIVATIVE ACTIONS FROM RELATED SECURITIES CLASS ACTION, REOPENING DERIVATIVE ACTIONS, AND CONSOLIDATING DERIVATIVE ACTIONS

Upon review of the Motion for Reconsideration from Order to Consolidate Dated February 14, 2022 ("Motion") filed by plaintiffs Melvin Emberland, Zoser Vargas, and Aviva Meyer ("Derivative Plaintiffs") in the above-captioned action, seeking, *inter alia*, deconsolidation of the following shareholder derivative actions: *Emberland v. Rayat, et al.*, Case No. 2:21-CV-20569 (the "Emberland Action"); *Vargas v. Rayat, et al.*, Case No. 2:22-CV-00053 (the "Vargas Action"); and *Meyer v. Rayat, et al.*, Case No. 2:22-CV-00430 (the "Meyer Action," and collectively, the "Derivative Actions"), from the related securities class action captioned *In re RenovaCare, Inc. Sec. Litig.*, Case No. 21-13766 (the "Securities Class Action"), and the Memorandum of Law in support thereof ("Memorandum"), this Court determines that the legal and factual bases set forth in the Memorandum establish just cause for the deconsolidation of the Derivative Actions from the Securities Class Action.

Furthermore, upon consideration of Derivative Plaintiffs' request that the Derivative Actions be consolidated for all pre-trial purposes into a consolidated derivative action, and having reviewed the complaints and other papers filed with the Court in the Derivative Actions, this Court

determines that in all material respects the papers describe substantially similar underlying events arising out of the same or similar operative facts, and that the parties in the Derivative Actions are substantially the same parties, establishing just cause for the consolidation of the Derivative Actions for all pre-trial purposes into a consolidated derivative action. Accordingly, it is HEREBY ORDERED THAT:

1. The Derivative Actions are hereby deconsolidated from the Securities Class Action;

2. The Derivative Actions are hereby reopened as active matters before the Court;

3. The Derivative Actions are consolidated for all pre-trial purposes; and

4. All filings in connection with the consolidated derivative action shall bear the caption *In re RenovaCare Derivative Litigation*, Case No. 21-20569, and shall be docketed against the lower numbered case, the Emberland Action, Case No. 2:21-CV-20569.

**SO ORDERED.**

Dated:

_____
Edward S. Kiel, USMJ

3