**SCHNADER HARRISON SEGAL &**
**LEWIS LLP**
Lisa J. Rodriguez
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002-1165
Telephone: (856) 482-5222
Facsimile: (856) 482-6980
ljrodriguez@schnader.com

*Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *IN RE RENOVACARE, INC.* *SECURITIES LITIGATION* | Master File No. 2:21-cv-13766-BRM-ESK |
| MELVIN EMBERLAND, Plaintiff, v. HARMEL S. RAYAT, *et al.*, Defendants. | Case No. 21-cv-20569-BRM-ESK |
| ZOSER VARGAS, Plaintiff, v. HARMEL S. RAYAT, et al., Defendants. | Case No. 22-cv-00053-BRM-ESK |
| AVIVA MEYER, Plaintiff, v. HARMEL S. RAYAT, et al., Defendants. | Case No. 22-cv-00430-BRM-ESK |

**ORDER DECONSOLIDATING DERIVATIVE ACTIONS FROM SECURITIES CLASS ACTION,**
**REOPENING DERIVATIVE ACTIONS, AND CONSOLIDATING DERIVATIVE ACTIONS**

Upon review of the Motion for Reconsideration ("Motion") from Order to Consolidate (ECF No. 39) — the order at issue dated February 14, 2022 at ECF No. 38 — filed by plaintiffs Melvin Emberland, Zoser Vargas, and Aviva Meyer ("Derivative Plaintiffs") in Case No. 21-cv-13766, seeking, *inter alia*, deconsolidation from the securities class action captioned *In re RenovaCare, Inc. Sec. Litig.*, Case No. 21-13766 (the "Securities Class Action") of the following shareholder derivative actions (the "Derivative Actions"):

*Emberland v. Rayat, et al.*, Case No. 2:21-CV-20569 (the "*Emberland* Action");

*Vargas v. Rayat, et al.*, Case No. 2:22-CV-00053 (the "*Vargas* Action"); and

*Meyer v. Rayat, et al.*, Case No. 2:22-CV-00430 (the "*Meyer* Action");

and the Memorandum of Law in support thereof ("Memorandum"), this Court determines that the legal and factual bases set forth in the Memorandum establish just cause for the deconsolidation of the Derivative Actions from the Securities Class Action.

Furthermore, upon consideration of Derivative Plaintiffs' request that the Derivative Actions be consolidated for all pre-trial purposes into a consolidated derivative action, and having reviewed the complaints and other papers filed with the Court in the Derivative Actions, this Court determines that in all material respects the papers describe substantially similar underlying

events arising out of the same or similar operative facts, and that the parties in the Derivative Actions are substantially the same parties, establishing just cause for the consolidation of the Derivative Actions for all pre-trial purposes into a consolidated derivative action. Accordingly, it is HEREBY ORDERED THAT:

1. The Motion (**ECF No. 39**) is **GRANTED**, and the Derivative Actions (i.e., the *Emberland* Action, *Vargas* Action, and *Meyer* Action) are **DECONSOLIDATED** from the Securities Class Action at Case No. 21-13766;

2. The Derivative Actions are hereby **REOPENED** as active cases before the Court;

3. The Derivative Actions are separately consolidated for all pre-trial purposes, with the *Emberland* Action designated as the lead case, and the Clerk shall in turn designate the *Vargas* Action and the *Meyer* Action as administratively terminated due to their consolidation with the *Emberland* Action; and

4. All filings in connection with the consolidated Derivative Actions shall bear the caption *In re RenovaCare Derivative Litigation*, and shall be docketed under the *Emberland* Action, Case No. 2:21-CV-20569.

**SO ORDERED.**

Dated: **September 23, 2022**

_/s/ Edward S. Kiel_
Edward S. Kiel, USMJ

3