# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE RENOVACARE, INC. SECURITIES LITIGATION<br><br>*This Document Relates To:*<br><br>*Class Action Lead Plaintiff Diana Deidan* | Master File No. 2:21-cv-13766-BRM-ESK<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS THOMAS BOLD AND TREADSTONE FINANCIAL GROUP, LTD., WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss, without prejudice, all claims in the Second Amended Complaint (ECF No. 91) against Defendants Thomas Bold and Treadstone Financial Group, Ltd.

Defendants Thomas Bold and Treadstone Financial Group, Ltd., have not served any answers to the complaint or any motions for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiffs preserve all claims against the remaining Defendants in this action.

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated: July 11, 2023

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Liaison Counsel for the Lead Plaintiff Diana Deidan*

Reed R. Kathrein (pro hac vice)
Lucas E. Gilmore (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

1

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Lead Counsel for Lead Plaintiff*
*Diana Deidan*

Murielle S. Walsh
Jeremy A. Lieberman (pro hac vice)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
mjsteven@pomlaw.com
jalieberman@pomlaw.com

*Co-Lead Counsel for Lead Plaintiff*
*Diana Deidan*