# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE RENOVACARE, INC. SECURITIES LITIGATION | : <br> : Civil Action No. 21-cv-13766 <br> : **Motion Date**: January 16, 2024 <br> : **Oral Argument Requested** <br> : |

**DECLARATION OF PHILLIP A. ASH**
**IN SUPPORT OF CAPITOL INFORMATION GROUP, INC.'S**
**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Phillip A. Ash, Chief Operating Officer for Capitol Information Group, Inc.

("CIG"), declares as follows, to the best of his knowledge, information, or belief:

1.     I am over eighteen years of age and competent to make this

declaration.

2.     I have been Chief Operating Officer for CIG since 2010.

3.     I signed, on behalf of CIG, the Asset Purchase Agreement attached as

"Exhibit B" to the Declaration of Ryan F. Monahan in Support of Capitol

Information Group, Inc.'s Motion to Dismiss the Second Amended Complaint,

dated October 10, 2023, and filed in the above-captioned action at ECF 136-2

("Monahan Declaration").  My signature appears at each of the places so indicated

in materials attached as "Exhibit B" to the Monahan Declaration.

4.     CIG maintains a copy of the Asset Purchase Agreement and related

documentation in its business records.  I reviewed that copy, which is identical to

the copy of the Asset Purchase Agreement and related documentation attached as "Exhibit B" to the Monahan Declaration.

5.      Duane Morris LLP served as deal counsel to CIG in connection with the Asset Purchase Agreement.

6.      The Asset Purchase Agreement and related documentation attached as "Exhibit B" to the Monahan Declaration, based on my personal knowledge of those documents, appear to be true, correct, and authentic copies of what they purport to be.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January____8____, 2024.

_____
Phillip A. Ash

2