**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Liaison Counsel for Lead Plaintiff Diana Deidan*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (*pro hac vice*)
Lucas E. Gilmore (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Lead Counsel for Lead Plaintiff Diana Deidan*
*(additional counsel on signature page)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE RENOVACARE, INC. SECURITIES LITIGATION | Case No. 2:21-cv-13766-BRM-SDA <br><br> Motion Day: April 9, 2025 |

**NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, EXPENSES, AND AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

PLEASE TAKE NOTICE that on April 9, 2025, or such other date as the Court may set, the undersigned counsel for Lead Plaintiffs ("Lead Plaintiffs' Counsel") shall move before the Honorable Brian R. Martinotti, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered on December 10, 2024 (ECF No. 167), for the entry of an order awarding attorneys' fees, payment of litigation expenses, and award to Lead Plaintiff.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiffs' Counsel will rely upon: Memorandum of Law in Support of Motion for an Award of Attorneys' Fees, Expenses, and Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4); Declaration of Reed Kathrein in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees, Expenses, and Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4); Declarations of Lead Plaintiff Diana Deidan; Declaration of Margery Craig; Declaration of Reed Kathrein Filed on Behalf of Hagens Berman Sobol Shapiro LLP; Declaration of Murielle S. Walsh Filed on Behalf of Pomerantz LLP; Declaration of Bruce Greenberg Filed on Behalf of Lite DePalma Greenberg & Afanador, LLC; Stipulation of Settlement; and all other proceedings herein.

Lead Plaintiffs' Counsel seek oral argument on this motion.

A proposed order will be submitted with Lead Plaintiffs' Counsel's reply submission on or before April 2, 2025.

DATED: March 5, 2025                    Respectfully submitted,

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Liaison Counsel for the Lead Plaintiff Diana Deidan*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (*pro hac vice*)
Lucas E. Gilmore (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Lead Counsel for Lead Plaintiff Diana Deidan*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Murielle S. Walsh (*pro hac vice*)
Emily C. Finestone (*pro hac vice*)

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjsteven@pomlaw.com
efinestone@pomlaw.com

***Counsel for Named Plaintiff Marc Jay Gannon***