**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Liaison Counsel for Lead Plaintiff Diana Deidan*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (*pro hac vice*)
Lucas E. Gilmore (*pro hac vice*)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Lead Counsel for Lead Plaintiff Diana Deidan*

*(additional counsel on signature page)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE RENOVACARE, INC. SECURITIES LITIGATION | Case No. 2:21-cv-13766-BRM-SDA<br><br>Motion Day: April 9, 2025 |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG
CONCERNING: (A) DISSEMINATION OF NOTICE;
(B) REPORT ON OBJECTIONS;
AND (C) CLAIMS RECEIVED TO DATE**

I, Margery Craig, declare as follows:

1. I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over seventeen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2. Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated December 10, 2024, (ECF No. 167) (the "Preliminary Approval Order"), Lead Counsel was authorized to retain SCS as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the above-captioned action.[1] I am over 21 years of age and am not a party to the Action. I submit this declaration as a supplement to the previously filed Declaration of Margery Craig Regarding: (A) Dissemination of Notice; (B) Publication/Transmission of the Summary Notice; and (C) Report on Requests for Exclusion and Objections Received to Date, dated March 4, 2025 (ECF No. 168-4) (the "Initial Mailing Declaration") in order to

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated September 23, 2024 (ECF No. 163-2) (the "Stipulation").

provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

**UPDATE OF DISSEMINATION OF NOTICE**

3.    As reported in the Initial Mailing Declaration, SCS mailed or emailed 2,449 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. As also noted in the Initial Mailing Declaration, 2,549 Postcard Notices were mailed to potential Settlement Class Members and nominees by SCS or nominees, and 3,385 emails containing the direct link to the Notice and Claim Form were sent to potential Settlement Class Members by either SCS or a nominee. Since the execution of the Initial Mailing Declaration, SCS has been notified by a nominee that 93 additional direct links to the Notice and Claim Form have been emailed to its clients who were potential Settlement Class Members. In total, as of the date of this Declaration, 6,027[2] potential Settlement Class Members have either been mailed a Postcard Notice or emailed the direct link to the Notice and Claim Form.

4.    To date, 192 Postcard Notices have been returned as undeliverable. Of these, the United States Postal Service provided 11 forwarding addresses, and SCS

---

[2]  Since the Initial Mailing Declaration, SCS received an additional four requests from potential Settlement Class Members for a Notice and Claim Form to be mailed to them. SCS immediately mailed them a Notice and Claim Form.

promptly mailed another Postcard Notice to the updated addresses. The remaining 181 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses, and 65 were re-mailed to updated addresses.

## UPDATE ON SETTLEMENT WEBPAGE

5.    The Initial Mailing Declaration also noted that on December 20, 2024, SCS established a dedicated webpage for this Settlement on its website at www.strategicclaims.net/renovacare. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains information related to the current status of the case; the case deadlines; the online claim filing link; and important case documents, such as the downloadable versions of the Notice and Claim Form, the Preliminary Approval Order, and the Stipulation. SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information. To date, there have been 2,661 page views by 617 unique users.

## UPDATE ON TOLL-FREE TELEPHONE LINE

6.    The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request a copy of the Notice and Claim Form. SCS continues to promptly respond to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number throughout the Settlement administration process.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

7.  The Notice, Postcard Notice, Summary Notice, and the Settlement Website informed potential Settlement Class Members that written requests for exclusion from the Settlement Class were to be mailed to SCS, such that they were received no later than March 19, 2025. The Notice also set forth the information that was required to be included in each request for exclusion. As of the date of this declaration, SCS has not received any requests for exclusion.

8.  The Notice, Summary Notice, Postcard Notice, and the Settlement Website further informed Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees, reimbursement of Litigation Expenses, and award to Lead Plaintiff that they were required to submit their objections in writing such that the request was received by Lead Counsel and Defense Counsel, as well as filed with the Clerk of the Court, no later than March 19, 2025. As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objections were filed.

## CLAIMS RECEIVED TO DATE

9.  As of the date of this declaration, SCS has received 137 claims. The claim filing deadline is either submitted online or postmarked no later than April 9, 2025. A majority of the claims are submitted on or shortly before the claims

filing deadline. SCS is currently processing the claims received, including conducting quality assurance reviews to verify that required supporting documentation was submitted with claims and identifying duplicate claims. Once this process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2nd day of April 2025, in Media, Pennsylvania.

Margery Craig