**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile:  (973) 623-0858
bgreenberg@litedepalma.com

*Liaison Counsel for Lead Plaintiff Diana Deidan*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (*pro hac vice*)
Lucas E. Gilmore (*pro hac vice*)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Lead Counsel for Lead Plaintiff Diana Deidan*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE RENOVACARE, INC. SECURITIES LITIGATION | Case No. 2:21-cv-13766-BRM-SDA<br><br>Motion Day: April 9, 2025 |

**ORDER APPROVING PLAN OF ALLOCATION**

This matter came for a hearing on April 9, 2025 on the motion of Lead Plaintiff Diana Deidan and Named Plaintiff Marc Jay Gannon, on behalf of themselves and the Settlement Class, to determine whether the proposed plan of allocation of the Net Settlement Fund ("Plan of Allocation") created by the Settlement should be approved. *See* ECF No. 168. The Court, having considered all papers filed and proceedings conducted herein, having held an in-person hearing on April 9, 2025, and otherwise being fully informed of the matters hereto and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.  This Order incorporates by reference the definitions in the Stipulation of Settlement, dated September 23, 2024, ECF 163-2 (the "Stipulation"), and capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2.  The Court has jurisdiction to enter this Order and over the subject matter of the Litigation, Lead Plaintiff, all Settlement Class Members, and Defendants.

3.  Notice of the motion for approval of the proposed Plan of Allocation and of the date for the hearing on such motion was given to all Settlement Class Members who could be identified with reasonable efforts. The form and method of notifying the Settlement Class of the motion for approval of the proposed Plan of Allocation satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, due process, and all other applicable laws and rules, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.

4.  The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of claimants as set forth in the Plan of Allocation provided to Settlement Class Members in the Notice provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Settlement Class Members.

5.  The Court hereby finds and concludes that the Plan of Allocation, is, in all respects, fair, reasonable, and adequate and the Court hereby approves the Plan of Allocation.

6.  Any appeal or any challenges affecting this Court's approval of the Plan of Allocation shall in no way disturb or affect the finality of the Judgement.

7.  There is no just reason for delay of this Order, and immediate entry by the Clerk of the Court is expressly directed.

-3-

IT IS SO ORDERED.

DATED: ___April 11_____, 2025

_____
THE HONORABLE BRIAN MARTINOTTI
UNITED STATES DISTRICT JUDGE