**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE RENOVACARE, INC. SECURITIES LITIGATION | Case No. 2:21-cv-13766-BRM-SDA |

**ORDER GRANTING PLAINTIFFS' MOTION FOR
DISTRIBUTION OF CLASS SETTLEMENT FUNDS**

IT IS HEREBY ORDERED THAT:

1.      This Class Distribution Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement (ECF No. 163-2) (the "Stipulation"). All terms not otherwise defined shall have the same meaning as set forth in the Stipulation or the Declaration of Margery Craig Concerning the Results of the Claims Administration Process ("Craig Declaration").

2.      This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including Settlement Class Members.

3.      Distribution of the Net Settlement Fund shall commence no later than thirty (30) calendar days after entry of this Class Distribution Order. The balance of the Net Settlement Fund (less any necessary amounts to be withheld for payment of potential tax liabilities and related fees and expenses) shall be distributed on a *pro rata* basis to the Authorized Claimants identified in Exhibits B-1 and B-2 to the Craig Declaration, at the direction of Lead Counsel, pursuant to the Stipulation and the Plan of Allocation set forth in the Notice of Pendency and Proposed Settlement

1

of Class Action (ECF No. 163-2 at Exhibit A-1) distributed to Settlement Class Members pursuant to this Court's order.

4.     As set forth in the Craig Declaration, no new claims received after May 9, 2025 or responses to deficiency and/or rejection notices received after July 25, 2025 may be included in the distribution.

5.     The checks for distribution to Authorized Claimants shall bear the notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER ISSUE DATE." Lead Counsel and the Claims Administrator are authorized to contact any Authorized Claimant who has not cashed his, her, or its check within said time.

6.     The Claims Administrator shall make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. If after such efforts any funds remain in the Net Settlement Fund at least six (6) months after the initial distribution of such funds, by reason of uncashed distribution checks or otherwise, the remaining balance will be used to: (a) first, pay any amounts mistakenly omitted from the initial disbursement; (b) second, pay any additional settlement administration fees, costs, and expenses as may be approved by the Court; and (c) finally, make a second distribution to claimants who cashed their checks from the initial disbursement and who would receive at least $10.00, after payment of the estimated costs, expenses, or fees to be incurred in administering the Net Settlement

Fund and in making the second distribution. These redistributions shall be repeated, if economically feasible, until the balance remaining in the Net Settlement Fund is *de minimis* and such remaining balance will then be distributed pursuant to a method approved by the Court.

7.      The Court finds that the administration of the Settlement and proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund, are released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members and other Claimants, whether or not they are to receive payment from the Net Settlement Fund, are barred from making any further claim against the Net Settlement Fund, Plaintiffs, Lead Counsel, the Claims Administrator and its agents/employees, the Escrow Agent, or any other agent retained by Plaintiffs or Lead Counsel in connection with the administration or taxation of the Settlement Fund or the Net Settlement Fund, or any other person released under the Settlement, beyond the amounts allocated to them pursuant to the terms of the Distribution Order, provided that such released persons acted in accordance with the Stipulation, the Judgment, and the Distribution Order.

3

8.      The Claims Administrator may destroy paper or hard copies of Claims Forms and supporting documentation not less than one (1) year after the initial distribution of the Net Settlement Fund and destroy electronic copies of the same not less than one (1) year after all funds have been distributed.

**IT IS SO ORDERED.**

DATED:   September 9, 2025

HONORABLE BRIAN R. MARTINOTTI
United States District Judge

4